UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:                                              CASE NO.: 16-15760-PGH
                                                    CHAPTER 11
C & D PRODUCE OUTLET, INC.
and C & D PRODUCE OUTLET - SOUTH, INC.
                                                    Jointly Administered
         Debtors.
_____/

## DEBTORS' MOTION TO CONTINUE AUTHORIZATION TO USE CASH COLLATERAL

Debtors, C & D PRODUCE OUTLET, INC. and C & D PRODUCE OUTLET – SOUTH, INC., (hereinafter all collectively referred to as the "Debtors"), by and through their undersigned counsel, file this Motion to Continue Authorization to Use Cash Collateral, and in support thereof, states as follows:

1. The Debtors are presently authorized to use cash collateral through August 2, 2016 by way of a Second Interim Order Authorizing Debtor in Possessions Emergency Motion for Determination and/or Authorization to Use Cash Collateral, which was granted by this Honorable Court on June 30, 2016 (CP #62).

2. By way of this Motion, the Debtors request that they be allowed to use cash collateral for an additional ninety (90) days, or through October 31, 2016. The Budget will be updated and filed separately.

3. These cases are in the initial stages, having only been filed April 21, 2016. At this time the Debtors request that they be allowed to continue to use cash collateral for a period of ninety (90) days.

4. The extension requested will be without prejudice to further extension by agreement of the parties or further Court Order.

5. The request herein is not for the purpose of delay and will not prejudice any creditors or interested parties.

WHEREFORE, the Debtors C & D PRODUCE OUTLET, INC. and C & D PRODUCE OUTLET – SOUTH, INC.,. hereby request that this Honorable Court allow the continued use of cash collateral pursuant to the June 30, 2016 Order (CP #62) for an additional ninety (90) days through and including October 31, 2016 and for other such relief as this Court deems just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was furnished via U.S. Mail to the parties listed on the attached mail list this 12th day of July, 2016.

       KELLEY & FULTON, P.L.
       Attorneys for Debtors in Possession
       1665 Palm Beach Lakes Blvd.
       The Forum - Suite 1000
       West Palm Beach, FL 33401
       Tel. No. (561) 491-1200
       Fax No. (561) 684-3773

       By: _/s/ Craig I. Kelley_
           CRAIG I. KELLEY, ESQUIRE
           Florida Bar No.: 782203

**Mailing Information for Case 16-15760-PGH**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Marc P Barmat    ndixon@furrcohen.com, mbarmat@furrcohen.com;atty_furrcohen@bluestylus.com
- Craig I Kelley    craig@kelleylawoffice.com, lyndia@kelleylawoffice.com,mary@kelleylawoffice.com,dana@kelleylawoffice.com,tina@kelleylawoffice.com

- Orfelia M Mayor    omayor@ombankruptcy.com, legalservices@pbctax.com;carmen@ombankruptcy.com;cmbk@ombankruptcy.com;omayor@ecf.inforuptcy.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Craig A Stokes    cstokes@stokeslawoffice.com, rbarrera@stokeslawoffice.com;mcobb@stokeslawoffice.com;

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

C & D Produce Outlet - South, Inc.
3133 Lake Worth Rd
Lake Worth, FL 33461

 Corporation Service Company
P.O. Box 2576
Springfield, IL 62708

Happy Rock Merchant Solutions
149 West 36th Street, 12th Floor
New York, NY 10018

Freshpoint South Florida, Inc.
c/o Blake Surbey, Esq.
McCarron & Diess
4530 Wisconsin Avenue, N.W., Suite 301
Washington, D.C. 20016

Freshpoint South Florida, Inc.
c/o Marc Barmat, Esq.
Furr & Cohen, P.A.
2255 Glades Road,
Suite 337 West
Boca Raton, FL 33431

See attached matrix

**Mailing Information for Case 16-15764-PGH**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Craig I Kelley    craig@kelleylawoffice.com, kelleyecfsouthern@gmail.com,lyndia@kelleylawoffice.com,mary@kelleylawoffice.com,ecf@kelleylawoffice.com,dana@kelleylawoffice.com;tina@kelleylawoffice.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

GFS Florida, Inc.
P.O. Box 2244
Grand Rapids, MI 49501

Corporation Service Company
P.O. Box 2576
Springfield, IL 62708

Distinct Capital
19528 Ventura Boulevard #170
Tarzana, CA 91356

Happy Rock Merchant Solutions
149 West 36th Street, 12th Floor
New York, NY 10018

Freshpoint South Florida, Inc.
c/o Blake Surbey, Esq.
McCarron & Diess
4530 Wisconsin Avenue, N.W., Suite 301
Washington, D.C. 20016

Freshpoint South Florida, Inc.
c/o Marc Barmat, Esq.
Furr & Cohen, P.A.
2255 Glades Road,
Suite 337 West
Boca Raton, FL 33431

Palm Beach County Tax Collector's Office

C/o Orfelia M. Mayor, Esq
P.O. Box 3715
West Palm Beach, FL 33402 – 3715

Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703


See attached matrix

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 16-15760-PGH<br>Southern District of Florida<br>West Palm Beach<br>Tue Jul 12 14:55:02 EDT 2016 | C & D Produce Outlet - South, Inc.<br>3133 Lake Worth Rd<br>Lake Worth, FL 33461-3611 | C & D Produce Outlet, Inc.<br>8195 N Military Trl<br>Palm Beach Gardens, FL 33410-6307 |
| Freshpoint South Florida, Inc.<br>c/o Marc P. Barmat<br>2255 Glades Rd #337W<br>Boca Raton, FL 33431-7379 | Fresko Foods LLC<br>7350 NW 30th Avenue<br>Suite B<br>Miami, FL 33147-5902 | Palm Beach County Tax Collector<br>c/o Orfelia M Mayor Esq<br>POB 3715<br>West Palm Beach, FL 33402-3715 |
| TD Bank, N.A.<br>c/o Akerman LLP<br>350 E. Las Olas Blvd.<br>Suite 1600<br>Fort Lauderdale, FL 33301-4247 | Amerigas<br>PO Box 965<br>Valley Forge, PA 19482-0965 | Commerce Commercial Leasing<br>2059 Springdale Road<br>Cherry Hill, NJ 08003-4011 |
| Commerce Commercial Leasing<br>c/o UCC Direct Services<br>PO Box 29071<br>Glendale, CA 91209-9071 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Department of the Treasury<br>Internal Revenue Service<br>Philadelphia, PA 19154 |
| Ecoripe<br>11087 NW 122 Street<br>Medley, FL 33178-3170 | Frank's Produce<br>1496 NW 23 Street<br>Miami, FL 33142-7624 | Freedom Fresh<br>8901 NW 33 Road Suite 100<br>Miami, FL 33172-1226 |
| Fresh Point South Florida, Inc.<br>2300 NW 19 Street<br>Pompano Beach, FL 33069-5227 | Fresko Foods<br>7350 NW 30 Avenue<br>Suite B<br>Miami, FL 33147-5902 | Furr and Cohen PA<br>2255 Glades Road, Suite 337W<br>Boca Raton, FL 33431-7379 |
| Gordon Food Service Inc.<br>c/o Roniel Rodriguez IV, P.A.<br>12555 Biscayne Blvd., 915<br>N. Miami, FL 33181-2522 | Green Peppers<br>9545 Listow Terrace<br>Boynton Beach, FL 33472-2719 | Happy Rock Merchant Solutions LLC<br>149 West 36 Street, 12th Floor<br>New York, NY 10018-9467 |
| Happy Rock Merchant Solutions, LLC<br>149 West 36th Street, 12th Floor<br>Attn: R. Cusick, Esq.<br>New York, NY 10018-9467 | Import-Mex Dist<br>1240 W 13th St<br>Riviera Beach, FL 33404-6639 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| J. Sanchez Produce<br>2151 NW 13 Avenue<br>Bay 5/9<br>Miami, FL 33142-7746 | Mr D Fruit & Produce Inc.<br>12741 SW 42 St #166<br>Miami, FL 33175-3429 | Mr. D. Fruit & Produce Inc<br>2151 NW 13 Avenue<br>Miami, FL 33142-7746 |
| NAAM Produce<br>PO Box 531429<br>Miami Shores, FL 33153-1429 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Palm Beach County Tax Collector<br>Anne M. Gannon<br>301 N Olive Avenue, 3rd Floor<br>West Palm Beach, FL 33401-4708 |

| | | |
|---|---|---|
| Palm Beach County Tax Collector<br>Attn.: Legal Services Department<br>P.O. Box 3715<br>West Palm Beach, FL 33402-3715 | Pexco<br>PO Box 855<br>Pompano Beach, FL 33061-0855 | Sotolongo<br>633 Peppergrass Run<br>West Palm Beach, FL 33411-4235 |
| Square Lake Plaza Condominium Assoc. Inc.<br>8195 North Military Trail, Unit D<br>Palm Beach Gardens, FL 33410-6307 | Suncandles LLC<br>5589 NW 72nd Ave<br>Miami, FL 33166-4251 | TD Bank, N.A.<br>5900 N. Andrews Ave, 2nd Floor<br>Fort Lauderdale, FL 33309-2371 |
| Unifirst<br>500 SW 13 Terrace<br>Pompano Beach, FL 33069-3518 | Craig I Kelley<br>1665 Palm Beach Lakes Blvd #1000<br>West Palm Beach, FL 33401-2109 | Mary P. Rodgers<br>1665 Palm Beach Lakes Blvd<br>10th Floor #1004<br>West Palm Beach, FL 33401-2121 |

     The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
     by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0005 | (d)Internal Revenue Service<br>The Honorable Jeffrey H. Sloman<br>Acting US Attorney<br>99 NE 4th Street<br>Miami, FL 33132 | (d)Internal Revenue Service<br>The Honorable Peter Nickles<br>Atty General United States Dept Justice<br>Tenth & Constitution<br>Washington, DC 20530 |

     The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (d)Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     2<br>Total                  40 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 16-15764-PGH<br>Southern District of Florida<br>West Palm Beach<br>Tue Jul 12 14:56:25 EDT 2016 | C & D Produce Outlet - South, Inc.<br>3133 Lake Worth Rd<br>Lake Worth, FL 33461-3611 | Amerigas<br>PO Box 965<br>Valley Forge, PA 19482-0965 |
| Best Pork<br>10241 NW 21 Street<br>Miami, FL 33172-2518 | CT Lien Solutions<br>PO Box 29071<br>Glendale, CA 91209-9071 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Central American | Claire Courageux<br>c/o Keller Keller & Caracuzzo, P.A.<br>224 Datura Street<br>Harvey Building, Suite 1205<br>West Palm Beach, FL 33401-5699 | Commerce Commercial Leasing<br>2059 Springdale Road<br>Cherry Hill, NJ 08003-4011 |
| Corporation Servicing Company<br>PO Box 2576<br>Springfield, IL 62708-2576 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Department of the Treasury<br>Internal Revenue Service<br>Philadelphia, PA 19154 |
| Distinct Capital<br>19528 Ventura Blvd., #170<br>Tarzana, CA 91356-2917 | Ecoripe<br>11087 NW 122 Street<br>Medley, FL 33178-3170 | Ernesto's Seafood<br>2285 NW 21 Terrace<br>West Palm Beach, FL 33412 |
| Euler Hermes N. A.<br>800 Red Brook Blvd.<br>Owings Mills, MD 21117-5190 | Euler Hermes N. A. Agent for Freshpoint Sout<br>800 Red Brook Blvd.<br>Owings Mills, MD 21117-5173 | Felix Seafood<br>1375 NW 89 court<br>Miami, FL 33172-3031 |
| Florida Department of Agriculture<br>and Consumer Services<br>3125 Conner Blvd., C-18<br>Tallahassee, FL 32311 | Frank's Produce<br>1496 NW 23 Street<br>Miami, FL 33142-7624 | Fresh Point<br>2300 NW 19 Street<br>Pompano Beach, FL 33069-5227 |
| Fresko Foods<br>7350 NW 30 Avenue<br>Suite B<br>Miami, FL 33147-5902 | Furr and Cohen PA<br>2255 Glades Road, Suite 337W<br>Boca Raton, FL 33431-7379 | GFS Florida, LLC<br>PO Box 2244<br>Grand Rapids, MI 49501-2244 |
| Gordon Food Service Inc.<br>c/o Roniel Rodriguez IV, P.A.<br>12555 Biscayne Blvd., 915<br>N. Miami, FL 33181-2522 | Gordon Food Service, Inc.<br>PO Box 2244<br>Grand Rapids, MI 49501-2244 | Green Peppers<br>9545 Listow Terrace<br>Boynton Beach, FL 33472-2719 |
| Happy Rock Merchant Solutions LLC<br>149 West 36 Street, 12th Floor<br>New York, NY 10018-9467 | Happy Rock Merchant Solutions, LLC<br>149 West 36th Street, 12th Floor<br>Rebecca Ryland Cusick, Esq.<br>New York, NY 10018-9467 | Import-Mex Dist<br>1240 W 13th St<br>Riviera Beach, FL 33404-6639 |

| | | |
|---|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | J. Sanchez Produce<br>2151 NW 13 Avenue<br>Bay 5/9<br>Miami, FL 33142-7746 |
| Kelly's Foods<br>PO Box 770187<br>Winter Garden, FL 34777-0187 | La Fe<br>230 Moonachie Avenue<br>Moonachie, NJ 07074-1831 | Mr Green Produce<br>7350 NW 30 Avenue<br>Miami, FL 33147-5902 |
| NAAM Produce<br>PO Box 531429<br>Miami Shores, FL 33153-1429 | Nationwide Lift Trucks, Inc.<br>3900 N 28 Terrace<br>Hollywood, FL 33020-1178 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Palm Beach County Tax Collector<br>Anne M. Gannon<br>301 N Olive Avenue, 3rd Floor<br>West Palm Beach, FL 33401-4708 | Palm Beach County Tax Collector<br>Attn.: Legal Services Department<br>P.O. Box 3715<br>West Palm Beach, FL 33402-3715 | Pexco<br>PO Box 855<br>Pompano Beach, FL 33061-0855 |
| Scottsdale Insurance<br>c/o American Recovery Service Corp<br>555 St. Charles Drive Suite 100<br>Thousand Oaks, CA 91360-3983 | Security Premium Finance Inc.<br>PO Box 441733<br>Miami, FL 33144-1733 | Security Premium Finance, Inc.<br>c/o Jorge L. Fors, Esquire<br>1108 Ponce de Leon Blvd.<br>Coral Gables, FL 33134-3322 |
| State of Florida - Department of Revenue<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 | Sun Candles<br>5589 NW 72 Avenue<br>Miami, FL 33166-4251 | SunTrust Bank<br>Attn: Support Services<br>PO Box 85092<br>Richmond, VA 23285-5092 |
| Suntrust Bank<br>PO Box 79079<br>Baltimore, MD 21279-0079 | TD Bank, N.A.<br>5900 N. Andrews Ave., Suite 200<br>Fort Lauderdale, FL 33309-2371 | UCC Direct Services<br>PO Box 29071<br>Glendale, CA 91209-9071 |
| Unifirst<br>500 SW 13 Terrace<br>Pompano Beach, FL 33069-3518 | Wells Fargo Bank, N.A.<br>Business Direct Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-9482 | Wells Fargo Bank, N.A.<br>PO Box 29482<br>MAC S4101-08C<br>Phoenix, AZ 85038-9482 |
| Craig I Kelley<br>1665 Palm Beach Lakes Blvd #1000<br>West Palm Beach, FL 33401-2109 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0005 | (d)Internal Revenue Service<br>The Honorable Jeffrey H. Sloman<br>Acting US Attorney<br>99 NE 4th Street<br>Miami, FL 33132 | (d)Internal Revenue Service<br>The Honorable Peter Nickles<br>Atty General United States Dept Justice<br>Tenth & Constitution<br>Washington, DC 20530 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (u)All Segment Distribution | (u)Alnour |
| (u)Check Cashing Store | (u)Service Consolidation | End of Label Matrix<br>Mailable recipients    54<br>Bypassed recipients     5<br>Total                  59 |